FILED
July 12, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:05cr270 DFL |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| Brenda Murphy, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Brenda Murphy</u> Case No. <u>2:05cr270 DFL</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  ___   Release on Personal Recognizance

  ___   Bail Posted in the Sum of _____

  _X_   $50,000 Unsecured Appearance Bond

  ___   Appearance Bond with 10% Deposit

  ___   Appearance Bond

  ___   Corporate Surety Bail Bond

  _X_   (Other) <u>PTS conditions/supervision</u>

Issued at <u>Sacramento, CA</u> on <u>July 12, 2005</u> at 3:20 p.m.

By _____
Kimberly J. Mueller
United States Magistrate Judge