```
 1  KRISTA HART
    Attorney at Law
 2  State Bar No. 199650
    428 J Street, Suite 357
 3  Sacramento, CA  95814
    (916) 731-8811
 4

 5  Attorney for Defendant
    Brenda Murphy
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) ) ) | No. Cr.S. 05-270 DFL |
| Plaintiffs, | ) ) | **WAIVER OF DEFENDANT'S APPEARANCE** |
| v. | ) ) | |
| BRENDA MURPHY, | ) ) | |
| Defendant. | ) ) | |
| _____ | | |

The defendant, BRENDA MURPHY, hereby waives her right to be present in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, impanelment of a jury and imposition of sentence. Ms. Murphy hereby requests the court to proceed during every absence of her which the court may permit pursuant to this waiver; agrees that her interest will be deemed represented at all times by the presence of her attorney, the same as if the defendant were personally present; and further agrees to be present in court ready for trial any day and hour

the court may fix in her absence.

Defendant further acknowledges that she has been informed of her rights under sections 3161 - 3174 of Title 18 of the United States Code (Speedy Trial Act), and has authorized her attorney to set times and delays under the provisions of that Act without defendant being present.

DATED: October 14, 2006               I hereby consent to this waiver.

                                            */s/ Brenda Murphy*
                                            Brenda Murphy - Defendant

DATED: October 14, 2006               I hereby consent to this waiver.

                                            */s/ Krista Hart*
                                            KRISTA HART
                                            Attorney for Defendant
                                            Brenda Murphy

<u>ORDER</u>

DATED: November 9, 2006_____         I approve of the waiver of the
                                              defendant's presence.

                                              /s/ David F. Levi_____
                                              David F. Levi,
                                              United States District Court Judge