MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>            Plaintiff,        )<br>                              )<br>      v.                      )<br>                              )<br>Brenda Murphy                 )<br>                              )<br>                              )<br>            Defendant.        )<br>                              )<br>_____) | CASE NO. CR.S-05-270 DFL<br><br><br><br>MOTION TO DISMISS |

The United States requests leave of court to dismiss the charge against Defendant Brenda Murphy. Fed. R. Crim. P. 48(a). Co-defendant Gibson now has stated under oath that he was the possessor of *all* of the narcotics in *both* safes in Defendant Murphy's bedroom. Given that and his evinced intent to testify
//
//
//
//
//
//
//

1

that Murphy had no knowledge of any of the drugs in her bedroom, the evidence would probably be insufficient to obtain and sustain a conviction of Defendant Murphy.  <u>See</u> U.S.A.M. 9-27.220.

                                                Respectfully Submitted,
                                                McGREGOR W. SCOTT
                                                United States Attorney

DATED:  January 8, 2007        By:   /s/ Matt Segal
                                          MATTHEW D. SEGAL
                                          Assistant U.S. Attorney

**SO ORDERED.**


DATE: January 8, 2007
                                      /s/ David F. Levi
                                      HON. DAVID F. LEVI
                                      U.S. District Judge